# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**COLLETTA BARRETT, ET AL.**

**VERSUS**

**STATE FARM FIRE & CASUALTY COMPANY**

**CIVIL ACTION**

**NO. 25-543-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated October 23, 2025 (Doc. 15), to which no objections were filed,

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 10, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**